21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Evan Shelby, Mr. John F. Finerty* and *Mr. John E. Walker* for petitioner. *Mr. Emory R. Buckner* for respondent.

No. 914. DETROIT CARRIER & MANUFACTURING COMPANY *v.* JOHN G. PERRIN. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Melville Church* for petitioner. *Mr. Albert M. Austin* for respondent.

No. 916. LEON SIGMAN *v.* MABEL G. REINECKE, ETC., COLLECTOR OF INTERNAL REVENUE. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. M. Sternhagen* and *Mr. Arnold R. Baar* for petitioner. *Mr. Solicitor General Beck* for respondent.

No. 781. EASTMAN KODAK COMPANY OF NEW YORK *v.* SOUTHERN PHOTO MATERIALS COMPANY. Error to the Circuit Court of Appeals for the Fifth Circuit. April 21, 1924. Petition for a writ of certiorari herein denied. *Mr. John W. Davis, Mr. Alex. W. Smith, Mr. Frank L. Crawford* and *Mr. Clarence P. Moser,* for plaintiff in error, in support of the petition. *Mr. Daniel MacDougald,* for defendant in error, in opposition to the petition.

No. 926. W. & A. FLETCHER COMPANY *v.* INTERNATIONAL MERCANTILE MARINE COMPANY. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell, Mr. John M. Woolsey* and *Mr. Clarence Bishop*

*Smith* for petitioner.   Mr. *Charles C. Burlingham,* Mr. *Chauncey I. Clark* and Mr. *Ray Rood Allen* for respondent.

---

No. 948. CRAWFORD COUNTY LEVEE & DRAINAGE DISTRICT No. 1 *v.* J. R. HUTSON ET AL.   April 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Wisconsin denied.   Mr. *Charles E. Buell* and Mr. *Frank W. Lucas* for petitioner.   Mr. *Harry L. Butler* for respondents.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 29, 1924, TO AND INCLUDING APRIL 27, 1924.

No. 457. HENRY E. DEKAY *v.* WILLIAM R. RODMAN, U. S. MARSHAL.   Appeal from the District Court of the United States for the District of Rhode Island.   February 18, 1924.   Dismissed with costs, on motion of counsel for appellant.   Mr. *William L. Wemple* for appellant.   *The Attorney General* for appellee.

---

Nos. 766 and 767. WHITNEY-CENTRAL NATIONAL BANK *v.* THE BANK OF AMERICA.   On petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit.   February 18, 1924.   Petition dismissed, on motion of counsel for petitioner.   Mr. *J. Blanc Monroe* and Mr. *Roberts C. Milling* for petitioner.   Mr. *H. Generes Dufour* and Mr. *Henry Root Stern* for respondent.

---

No. 715. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* J. FRED DRAYTON.   Error to the Circuit Court of Appeals for the Eighth Circuit.   February 18,